IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NADA NICHOLSON, as Personal Representative
of the Estate of Tia L. Darrow,

       Plaintiff,

v.                              CV 16-164 WPL/KK

EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY INC. d/b/a
GOOD SAMARITAN-FOUR CORNERS
VILLAGE,

       Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

More than 90 days have elapsed since this action was commenced, and the record reflects that Defendants have not been served.

IT IS THEREFORE ORDERED that, no later than **July 11, 2016**, Plaintiff must either effect service or provide the Court with a written explanation why service has not been effected. **If Plaintiff fails to respond within the time allotted, this action will be dismissed without prejudice.**

                                                _____
                                                William P. Lynch
                                                United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.