IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FLORIPA (FLORA) GALLEGOS, Esq.,
As Personal Representative of the
Estate of TIA L. DARROW,

        Plaintiff,

NO. 1:16-cv-0164 JB/KK

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, A NORTH
DAKOTA CORPORATION D/B/A/
GOOD SAMARITAN SOCIETY-
FOUR CORNERS VILLAGE,

        Defendant.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff FLORIPA (FLORA) GALLEGOS, Esq., as Personal Representative of the Estate of Tia L. Darrow ("Plaintiff") and Defendant The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society – Four Corners Village ("Defendant"), through their respective counsel, hereby jointly move the Court for an order dismissing all of Plaintiff's claims against Defendant in this action, and this action in its entirety, with prejudice, with each party to bear its respective costs and fees. As grounds therefor, the parties state that they have reached an agreed resolution of this matter.

LAW OFFICES OF JAMES P. LYLE, P.C.

By:   /s/ *James P. Lyle*
     James P. Lyle
     1116 Second Street, N.W.
     Albuquerque, NM 87102
     (505) 843-8000

                            MODRALL, SPERLING, ROEHL, HARRIS
                                          & SISK, P.A.

                            By:*/s/ Martha G. Brown*
                                Martha G. Brown
                                Attorneys for Defendant
                                Post Office Box 2168
                                500 Fourth Street NW, Suite 1000
                                Albuquerque, New Mexico 87103-2168
                                Telephone: 505.848.1800

WE HEREBY CERTIFY that a true and correct copy of the foregoing pleading was emailed to:

James P. Lyle
Law Offices of James P. Lyle, P.C.
1116 Second Street, N.W.
Albuquerque, NM 87102
(505) 843-8000

this 19th day of September, 2017.


MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Martha G. Brown*
       Martha G. Brown
Y:\dox\client\31982\0578\pleading\W3002960.DOC