IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FLORIPA (FLORA) GALLEGOS, Esq.,
As Personal Representative of the
Estate of TIA L. DARROW,

        Plaintiff,

v.                                                                           No. CIV 16-0164 JB/KK

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, A NORTH
DAKOTA CORPORATION D/B/A/
GOOD SAMARITAN SOCIETY-
FOUR CORNERS VILLAGE,

        Defendant,

## ORDER OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted against Defendant The Evangelical Lutheran Good Samaritan Society, A North Dakota Corporation doing business as Good Samaritan Society – Four Corners Village, and this action in its entirety, are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

SUBMITTED BY:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: /s/ *Martha G. Brown*
   Martha G. Brown
   *Attorneys for Defendant*
   Post Office Box 2168
   Bank of America Centre
   500 Fourth Street NW, Suite 1000
   Albuquerque, New Mexico 87103-2168
   Telephone: 505.848.1800


Approved By:

LAW OFFICES OF JAMES P. LYLE, P.C.


By: telephonic approval 9/19/17
   James P. Lyle
   1116 Second Street, N.W.
   Albuquerque, NM 87102
   (505) 843-8000

Y:\dox\client\31982\0578\pleading\W3002959.DOCX