IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NADA NICHOLSON, As Personal
Representative of the Estate of TIA L.
DARROW,

    Plaintiff,

vs.                                                                                No. CIV 16-0164 JB/KK

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY, INC.,
d/b/a GOOD SAMARITAN - FOUR
CORNERS VILLAGE,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order of Dismissal with Prejudice, filed September 26, 2017 (Doc. 96)("Order of Dismissal").  The Order of Dismissal dismissed with prejudice all claims asserted in this action against Defendant The Evangelical Lutheran Good Samaritan Society, a North Dakota Corporation doing business as Good Samaritan Society - Four Corners Village.  See Order of Dismissal at 1.  Because there are no claims or parties remaining before the Court, the Court enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) the case, all claims, and all parties are dismissed with prejudice.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

James P. Lyle
Law Offices of James P. Lyle P.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Martha G. Brown
Jeremy K. Harrison
Emily Paige Chase-Sosnoff
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*